Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FORWARDERS, INC<br><br>Plaintiff(s),<br><br>v.<br><br>FEDERAL EXPRESS CORPORATIO<br><br>Defendant(s). | Case No: C-13-0502 MEJ<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, ROBERT R. ROSS, an active member in good standing of the bar of ARKANSAS, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: FEDERAL EXPRESS CORPORATION in the above-entitled action. My local co-counsel in this case is CRAIG LINDBERG, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3620 HACKS CROSS ROAD-BLDG B-2<br>MEMPHIS, TENNESSEE 38125 | 2601 MAIN STREET<br>IRVINE, CALIFORNIA 92614 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (901) 434-8369 | (949) 862-4678 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rrross@fedex.com | craig.lindberg@fedex.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 77116.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/25/13

ROBERT R. ROSS
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ROBERT R. ROSS is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 25, 2013

UNITED STATES DISTRICT/MAGISTRATE JUDGE
*Judge Maria-Elena James*

PRO HAC VICE APPLICATION & ORDER                                                October 2012