UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| COMMODITY FORWARDERS, INC., | No. C13-502 MEJ |
| Plaintiff, | **ORDER EXTENDING MEDIATION AND DISCOVERY DEADLINES** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | **ORDER VACATING PRETRIAL AND TRIAL DEADLINES** |
| Defendant. | |

The Court is in receipt of the parties' Stipulation and Proposed Order Modifying Deadlines in this case. Dkt. No. 20. Good cause appearing, the Court ORDERS as follows:

1) The mediation deadline is extended to October 31, 2013;

2) The discovery deadline is extended to November 29, 2013;

3) All other pretrial and trial deadlines/dates are VACATED; and

4) The parties shall file a joint status report within two weeks of completion of the mediation process.

**IT IS SO ORDERED.**

Dated: August 28, 2013

_____
Maria-Elena James
United States Magistrate Judge